# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

BETSAIDA SANTANA LUCAS,

Plaintiff,

v.

LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, et al.,

Defendant.

Case No. CV 19-364 JAK (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE: July 5, 2019

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE