# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

BETSAIDA SANTANA LUCAS,

Plaintiff,

v.

LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, et al.,

Defendant.

Case No. CV 19-364 JAK (MRW)

JUDGMENT

Pursuant to the Order accepting the findings and recommendations of the Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint is dismissed for failure to state a claim, and Plaintiff's request for leave to amend is denied.

DATE: July 5, 2019

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE